**THE HONORABLE JAMAL N. WHITEHEAD**

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

GLENN HAYMAN and LINDA THOMPSEN, domestic partners,

Plaintiffs,

v.

FOREMOST INSURANCE COMPANY GRAND RAPIDS, MICHIGAN, a foreign company doing business in Washington,

Defendant.

No.: 2:25-cv-01902-JNW

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

The parties hereto, Plaintiffs Glenn Hayman and Linda Thompsen, and Defendant Foremost Insurance Company Grand Rapids, Michigan, by and through their respective attorneys of record, hereby stipulate and agree that all claims asserted in this action by either party against the other have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

Dated this 20th day of October, 2026.

WALSH & WALSH, PLLC
*Per 10/20/26 Email Authorization*

*/s/ Christopher M. Walsh*
Christopher M. Walsh, WSBA #59454
*Attorneys for Plaintiffs*

NICOLL BLACK ALTENBRUN & FEIG

*/s/ Matthew Erickson*
Matthew Erickson, WSBA # 43790
*Attorneys for Defendant Foremost Insurance Company Grand Rapids, Michigan*



LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by Plaintiffs Glenn Hayman and Linda Thompsen, and Defendant Foremost Insurance Company Grand Rapids, Michigan are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 21st day of October, 2026.

The Honorable Jamal N. Whitehead
United States District Judge

***Presented by:***

NICOLL BLACK ALTENBRUN &
FEIG

*/s/ Matthew Erickson*
Matthew Erickson, WSBA # 43790
*Attorneys for Defendant Foremost Insurance Company Grand Rapids, Michigan*

WALSH & WALSH, PLLC
*Per 10/20/26 Email Authorization*

*/s/ Christopher M. Walsh*
Christopher M. Walsh, WSBA #59454
*Attorneys for Plaintiffs*



LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Plaintiffs' counsel as follows:

*Counsel for Plaintiffs*
Christopher M. Walsh, WSBA #59454
Walsh & Walsh, PLLC
PO Box 6876
Tacoma, WA 98417-0384
(253) 753-1920
cwalsh@walshandwalshattorneys.com

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 20, 2026, at Seattle, Washington.

*/s/ Matthew Erickson*
Matthew Erickson, WSBA # 43790



LAW OFFICES OF
NICOLL BLACK ALTENBRUN & FEIG
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515